# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: SILVIS, JARED | § | Case No. 12-02284 |
| SILVIS, AMIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 18, 2012. The undersigned trustee was appointed on September 18, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         1,867.61

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 30.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]        $ | 1,837.61 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6.  The deadline for filing non-governmental claims in this case was 09/10/2013 and the deadline for filing governmental claims was 03/17/2013.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $466.90.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $466.90, for a total compensation of $466.90.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $13.90, for total expenses of $13.90.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/10/2013          By: /s/Jeremy Gugino
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-02284
**Case Name:** SILVIS, JARED
SILVIS, AMIE
**Period Ending:** 09/10/13

**Trustee:** (320100)  Jeremy Gugino
**Filed (f) or Converted (c):** 09/18/12 (f)
**§341(a) Meeting Date:** 10/18/12
**Claims Bar Date:** 09/10/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  1817 N. Eagleview St, Nampa, ID  Orig. Asset Memo: Imported from original petition Doc# 1 | 117,000.00 | 0.00 | | 0.00 | FA |
| 2  Bank of America-Checking  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 25.00 | | 25.00 | FA |
| 3  Bank of America- Savings  Orig. Asset Memo: Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 4  HOUSEHOLD GOODS AND FURNISHINGS  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,095.00 | 0.00 | | 0.00 | FA |
| 5  Clothing  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6  Wedding Rings, misc jewelry  Orig. Asset Memo: Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 7  .40 Springfield  Orig. Asset Memo: Imported from original petition Doc# 1 | 350.00 | 0.00 | | 0.00 | FA |
| 8  Term Life Policy  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 0.00 | FA |
| 9  Future Tax Refunds and EIC  Orig. Asset Memo: Imported from original petition Doc# 1 | Unknown | 0.00 | | 1,842.61 | FA |
| 10  Chevy Tahoe 2004  Orig. Asset Memo: Imported from original petition Doc# 1 | 15,000.00 | 0.00 | | 0.00 | FA |
| 11  Chevy Silverado 2007  Orig. Asset Memo: Imported from original petition Doc# 1 | 19,000.00 | 0.00 | | 0.00 | FA |
| 12  Misc hand tools. | 500.00 | 0.00 | | 0.00 | FA |

Printed: 09/10/2013 09:27 AM    V.13.13

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 12-02284  
**Case Name:** SILVIS, JARED  
SILVIS, AMIE  
**Period Ending:** 09/10/13

**Trustee:** (320100)  Jeremy Gugino  
**Filed (f) or Converted (c):** 09/18/12 (f)  
**§341(a) Meeting Date:** 10/18/12  
**Claims Bar Date:** 09/10/13

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12 | **Assets**  **Totals** (Excluding unknown values) | **$160,845.00** | **$25.00** | | **$1,867.61** | **$0.00** |

**Major Activities Affecting Case Closing:**

LO- 2012 Tax Returns/Refund, BA

05/29/13: 2nd demand for tax refund and ba cc'd attny  
05/01/13: Demand for tax return and BA cc'd attny

**Initial Projected Date Of Final Report (TFR):**   September 18, 2013    **Current Projected Date Of Final Report (TFR):**   September 18, 2013

Printed: 09/10/2013 09:27 AM    V.13.13

Exhibit B

## Form 2

### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-02284
**Case Name:** SILVIS, JARED
SILVIS, AMIE
**Taxpayer ID #:** **-***7218
**Period Ending:** 09/10/13

**Trustee:** Jeremy Gugino (320100)
**Bank Name:** Rabobank, N.A.
**Account:** ****717566 - Checking Account
**Blanket Bond:** $78,692,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/12/13 | | Jared Silvis | tax refunds and Bank Accounts | | 1,867.61 | | 1,867.61 |
| | {2} | | 25.00 | 1129-000 | | | 1,867.61 |
| | {9} | | 1,842.61 | 1124-000 | | | 1,867.61 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,857.61 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,847.61 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 1,837.61 |
| | | | **ACCOUNT TOTALS** | | 1,867.61 | 30.00 | **$1,837.61** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 1,867.61 | 30.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$1,867.61** | **$30.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ****717566** | 1,867.61 | 30.00 | 1,837.61 |
| | **$1,867.61** | **$30.00** | **$1,837.61** |

{} Asset reference(s)

Printed: 09/10/2013 09:27 AM   V.13.13

# Claims Register

### Case: 12-02284   SILVIS, JARED

Claims Bar Date: 09/10/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2100-00   Trustee Compensation>, 200 | Admin Ch. 7<br>09/18/12 | | $466.90<br>$466.90 | $0.00 | $466.90 |
| | Jeremy Gugino<br>410 S Orchard ST.<br>Suite 144<br>Boise, ID 83705<br><2200-00   Trustee Expenses>, 200 | Admin Ch. 7<br>09/18/12 | | $13.90<br>$13.90 | $0.00 | $13.90 |
| 1 -2 | Stuart Rudorfer<br>3607 Wheeler Cir.<br><br>Nampa, ID 83686<br><br><4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>, 100 | Secured<br>07/24/13 | 5667<br><br>jjg-ok  1817 N Eagleview St.  Nampa, ID  83651 - Deed of Trust  Trustee did not liquidate collateral-   This claim also has a prioirty status for contribution to an employee benefit plan attached- no idea what this is about.  07/22/13 Called - mail box full- e-mailed asked him to call me.  07/22/13 He called will be amending claim 7/24/13  Claim was amended to all secured | $58,000.00<br>$0.00 | $0.00 | $0.00 |
| 2 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/08/13 | 0620<br><br>jjg-ok | $3,762.02<br>$3,762.02 | $0.00 | $3,762.02 |
| 3 | Capital One Bank (USA), N.A.<br>PO Box 71083<br><br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/08/13 | 8111<br><br>jjg-ok | $3,268.80<br>$3,268.80 | $0.00 | $3,268.80 |
| 4 | Moneytree, Inc.<br>PO Box 58363<br><br>Seattle, WA 98138<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/11/13 | 5667 & 1672<br><br>jjg-ok | $660.25<br>$660.25 | $0.00 | $660.25 |
| 5 | Recovery Management Systems Corp<br><br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/15/13 | 4398<br><br>jjg-ok  Collecting for Joe's Sports | $746.72<br>$746.72 | $0.00 | $746.72 |

# Claims Register

## Case: 12-02284 SILVIS, JARED

Claims Bar Date: 09/10/13

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Recovery Management Systems Corp<br>25 SE 2nd Ave Suite 1120<br>Miami, FL 33131-1605<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>07/23/13 | 6951<br><br>jjg-ok  Collecting for GECAF/GEMB | $1,242.43<br>$1,242.43 | $0.00 | $1,242.43 |
| 7 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/22/13 | 3654<br><br>jjg-ok  Collecting for Best Buy Co. Inc. | $459.20<br>$459.20 | $0.00 | $459.20 |
| 8 | Capital One, N.A.<br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, AZ 85712<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>08/23/13 | 8950<br><br>jjg-ok  Collecting for Best Buy Co, Inc | $2,265.99<br>$2,265.99 | $0.00 | $2,265.99 |
| 9 | American InfoSource LP<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, CA 90245<br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>09/03/13 | 1500<br><br>jjg-ok  Collecting for Directv, LLC  Not listed in schedules | $50.96<br>$50.96 | $0.00 | $50.96 |
| | | | **Case Total:** | | **$0.00** | **$12,937.17** |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-02284  
Case Name: SILVIS, JARED  
Trustee Name: Jeremy Gugino  

**Balance on hand:** $ 1,837.61

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00  
Remaining balance: $ 1,837.61

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Jeremy Gugino | 466.90 | 0.00 | 466.90 |
| Trustee, Expenses - Jeremy Gugino | 13.90 | 0.00 | 13.90 |

Total to be paid for chapter 7 administration expenses: $ 480.80  
Remaining balance: $ 1,356.81

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00  
Remaining balance: $ 1,356.81

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00  
Remaining balance: $ 1,356.81

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 12,456.37 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Capital One Bank (USA), N.A. | 3,762.02 | 0.00 | 409.78 |
| 3 | Capital One Bank (USA), N.A. | 3,268.80 | 0.00 | 356.05 |
| 4 | Moneytree, Inc. | 660.25 | 0.00 | 71.92 |
| 5 | Recovery Management Systems Corp | 746.72 | 0.00 | 81.34 |
| 6 | Recovery Management Systems Corp | 1,242.43 | 0.00 | 135.33 |
| 7 | Capital One, N.A. | 459.20 | 0.00 | 50.02 |
| 8 | Capital One, N.A. | 2,265.99 | 0.00 | 246.82 |
| 9 | American InfoSource LP | 50.96 | 0.00 | 5.55 |

Total to be paid for timely general unsecured claims: $ 1,356.81
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

Total to be paid for subordinated claims: $               0.00
Remaining balance:                        $               0.00

**UST Form 101-7-TFR (05/1/2011)**